THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL SCALLON and KATHRYN SCALLON, Appellants.

Argued November 29, 1948; decided January 6, 1949.

*Menahem Stim* and *Michael J. Mahoney, Jr.,* for appellants.

*Nathaniel L. Goldstein,* Attorney-General (*Irving Galt, Wendell P. Brown, Abe Wagman, Sidney Tartikoff* and *John J. Calanese* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.